#### 24627. RICHARDSON *v.* THE STATE.

GUERRY, J. The defendant was convicted of the offense of assault with intent to murder. The evidence for the State showed that the defendant, without provocation and while the prosecutor was attempting to evade her, made an unjustifiable assault· with a knife or razor upon the prosecutor from behind. The defendant through her statement justified herself under the theory of reasonable fears: *Held*, that the evidence overwhelmingly supported the verdict; and the court did not err in failing to charge the jury on the doctrine of reasonable fears, without a request for such a charge, this theory being raised only by the defendant's statement. See *Hardin* v. *State*, 107 *Ga.* 718 (33 S. E. 700); *Parker* v. *State*, 1 *Ga. App.* 781 (57 S. E. 1028); *Crawford* v. *State*, 125 *Ga.* 793 (54 S. E. 695); *Rentfrow* v. *State*, 123 *Ga.* 539 (51 S. E. 596). The other assignments of error than that dealt with above are without merit. Judgment overruling the motion for a new trial is therefore *Affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED APRIL 15, 1935.

*William· Story,* for plaintiff in error.
*H. C. Morgan, solicitor-general, I. H. Corbitt,* contra.

#### 24783. ROWLAND *v.* THE STATE.

BROYLES, C. J. The bill of. exceptions and the record show that the motion for a new trial was overruled on February 7, 1935, and that the bill of exceptions was *presented* to the judge and *certified* on March 2, 1935. The bill of exceptions not having been presented to the judge ·for certification within twenty days from the date of the judgment complained of (overruling the motion for new trial), the writ of error must be *Dismissed. MacIntyre and Guerry,· JJ., concur.*

DECIDED APRIL 15, 1935.

*Joe Hill Smith,* for plaintiff in error.
*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.